# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Northern Insurance Company of New York,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                  3:05cv271

County of Gaston, et al.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/14/06 Order.

November 15, 2006

FRANK G. JOHNS, CLERK

BY: _____

Cynthia Huntley, Deputy Clerk